**EXHIBIT 1**




Photo Owner: BWP Media USA Inc.
Photo ID Number: 3076542
Date Taken: 09/06/2012
Photo Description: A pregnant Holly Madison is seen stepping out in a fuschia bikini, holidaying in Laguna Beach.
Photo Location: California
Copyright Application Date: 11/19/2012
Application Number: 1-844507495
Copyright Registration Date: 11/19/2012
Registration Number: VA0001848033

Domain: www.b93radio.com
URL: http://b93radio.com/blogs/post/vryan/2012/sep/10/hugh-hefners-ex-girlfriend-looks-pregnant-barbie-d/
Observed Date: 05/21/2013




Photo Owner: BWP Media USA Inc.
Photo ID Number: 3110904
Date Taken: 09/25/2012
Photo Description: Seth MacFarlane takes his new lady, 'Game of Thrones' star Emilia Clarke out to lunch in Los Angeles.
Photo Location: California
Copyright Application Date: 11/19/2012
Application Number: 1-849535794
Copyright Registration Date: 11/19/2012
Registration Number: VA0001848028

Domain: www.wxerfm.com
URL: http://wxerfm.com/blogs/post/bolson/2012/sep/26/who-seth-macfarlane-dating-it-really-emilia-clarke/
Observed Date: 06/11/2013



Photo Owner: National Photo Group, LLC
Photo ID Number: 21712
Date Taken: 02/17/2012
Photo Description: Drew Barrymore holds a sonogram.
Photo Location: California
Copyright Application Date: 02/21/2012
Application Number: 1-728154441
Copyright Registration Date: 02/21/2012
Registration Number: VA0001806514

Domain: www.mymixfm.com
URL: http://mymixfm.com/blogs/post/nrandall/2012/feb/23/photo-what-drew-barrymore-holding-proof-baby-board/
Observed Date: 06/11/2013